# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0902
Lower Tribunal No. F17-18789

————————

**Todd E. Watson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Todd E. Watson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.